# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 4, 2025

Before
DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 25-8004 | IN RE: TURKEY ANTITRUST LITIGATION |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-08318 Northern District of Illinois, Eastern Division District Judge Sunil R. Harjani | |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f),** filed on February 5, 2025, by counsel for the petitioners.

2. **RESPONSE TO PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f)**, filed on February 20, 2025, by counsel for the respondents.

3. **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL UNDER RULE 23(f)**, filed on February 28, 2025, by counsel for the petitioners.

**IT IS ORDERED** that the petition for permission to appeal is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to file a reply is **GRANTED,** and the panel considered the tendered reply.

form name: **c7_Order_3J**    (form ID: **177**)